UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HUY VAN TRAN,<br><br>               Petitioner,<br>   v.<br><br>PAMELA BONDI et al.,<br><br>               Respondents. | CASE NO. 2:25-cv-02335-DGE-TLF<br><br>ORDER DIRECTING RESPONSE TO REPORT AND RECOMMENDATION (DKT. NO. 12) |

On December 16, 2025, United States Magistrate Judge Theresa L. Fricke issued a report and recommendation ("R&R") on Petitioner's petition for writ of habeas corpus. (Dkt. No. 12.) On December 18, 2025, Petitioner filed a response to the R&R noting he would not file objections to the R&R and requesting expedited review of the matter. (Dkt. No. 13.) The objection period under 28 U.S.C. § 636 is a maximum, not a minimum, and a court can allow less than the full statutory period "if exigencies of the calendar require." *United States v. Barney*, 568 F.2d 134, 136 (9th Cir. 1978). Because the R&R recommends releasing Petitioner from detention (Dkt. No. 12 at 17–19), the Court concludes "exigencies of the calendar" require

ORDER DIRECTING RESPONSE TO REPORT AND RECOMMENDATION (DKT. NO. 12) - 1

an expedited response from Respondents based on the circumstances presented.  Therefore, the Court ORDERS Respondents to file objections, if any, to the R&R no later than **December 23, 2025.**

Dated this 18th day of December, 2025.

David G. Estudillo
United States District Judge