# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| HUY VAN TRAN,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA BONDI et al.,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-02335-DGE-TLF |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the R&R (Dkt. No. 12) is ADOPTED in part and DENIED in part.  Petitioner's petition for writ of habeas corpus (Dkt. No. 2) is GRANTED; Respondents and all their officers, agents, employees, attorneys, and persons acting on their behalf or in concert with them shall immediately release Petitioner from custody subject to the conditions of his December 30, 2022 Order of Supervision; Petitioner shall not be re-detained without notice and an opportunity to be heard unless Respondents have evidence detention is authorized under 8 C.F.R. §§ 241.13(i)(1) or (2).  Per this Order, the evidence the Respondents presented in this matter is insufficient to meet the requirements of 8 C.F.R. §§ 241.13(i)(1) or (2); within TWENTY-FOUR (24) hours of this order, Respondents must provide the Court with a declaration confirming Petitioner has been released from custody; and this action is dismissed.

Dated December 24, 2025.

                  Ravi Subramanian
                  Clerk of Court

                  Deputy Clerk